NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1292

APPLICA CONSUMER PRODUCTS, INC.

Appellant,

and

WATERS RESEARCH COMPANY,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

LUCKY LITTER LLC,

Intervenor,

and

OURPET'S COMPANY,

Intervenor.

- - - - - - - - - - - - - - - - - - - -

2009-1470, -1474

LUCKY LITTER LLC,

Appellant,

and

OURPET'S COMPANY,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

APPLICA CONSUMER PRODUCTS, INC.

Intervenor,

and

WATERS RESEARCH COMPANY,

Intervenor.

On appeal from the United States International Trade Commission in
Investigation No. 337-TA-625.

ON MOTION

ORDER

Upon consideration of the motion for leave to file supplemental authority in support

of a motion to strike,

IT IS ORDERED THAT:

The motion for leave to file supplemental authority is granted.

FOR THE COURT

MAY 0 3 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 3 2010

JAN HORBALY
CLERK

2009-1292 et al.                                    2

cc:    Jeffrey D. Mills, Esq.
         Vance L. Liebman, Esq.
         Mark B. Rees, Esq.
         Paul V. Storm, Esq.
         Eric C. Cohen, Esq.

s8